1  ADRIENNE C. PUBLICOVER (SBN: 161432)
   Email: Adrienne.Publicover@WilsonElser.com
2  CHARAN M. HIGBEE (SBN: 148293)
   Email. Charan.Higbee@WilsonElser.com
3  **WILSON, ELSER, MOSKOWITZ,**
   **EDELMAN & DICKER LLP**
4  525 Market Street, 17th Floor
   San Francisco, CA 94105
5  Telephone:    (415) 433-0990
   Facsimile:    (415) 434-1370
6
   Attorneys for Defendant
7  **LIFE INSURANCE COMPANY OF NORTH AMERICA**

8

9  DAVID ALLEN (SBN 87193)
   DAVID ALLEN & ASSOCIATES
10 5230 Folsom Boulevard
   Sacramento, CA 95819
   Telephone:    (916) 455-4800
11 Facsimile:    (916) 451-5687

12 Attorneys for Plaintiff
   **KARIN KNIGHTON**
13

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| KARIN KNIGHTON,<br><br>               Plaintiff,<br><br>         v.<br><br>CIGNA GROUP INSURANCE, LIFE INSURANCE COMPANY OF NORTH AMERICA and DOES 1 to 100,<br><br>               Defendants. | Case No.: 2:11-CV-00772-MCE-KJN<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER THEREON**<br><br>Filing Date: March 21, 2011 |
|---|---|

**IT IS HEREBY STIPULATED,** by and between the parties to this action, plaintiff KARIN KNIGHTON and defendant LIFE INSURANCE COMPANY OF NORTH AMERICA, through their respective attorneys of record, that the above-entitled action, and all claims for relief therein and as to all defendants, shall be dismissed with prejudice pursuant to Federal Rule

---

1

of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees.

740755.1

Dated: September 7, 2011            WILSON, ELSER, MOSKOWITZ,
                                     EDELMAN & DICKER LLP


                          By:    /s/ Charan M. Higbee
                                 ADRIENNE C. PUBLICOVER
                                 CHARAN M. HIGBEE
                                 Attorneys for Defendant
                                 LIFE INSURANCE COMPANY OF NORTH
                                 AMERICA


Dated: September 7, 2011            DAVID ALLEN & ASSOCIATES


                          By:    /s/ David Allen
                                 DAVID ALLEN
                                 Attorneys for Plaintiff
                                 KARIN KNIGHTON


## ORDER

The parties having stipulated that the above-entitled action, and all claims for relief therein and as to all defendants, shall be dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a), with each party to bear its own costs and attorneys' fees,

**IT IS SO ORDERED.** The Clerk of Court is directed to close the file.

Dated: September 12, 2011

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

: